November 10, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

## IN THE INTEREST OF C.C.G., A CHILD

NO. 14-15-00015-CV

_____

This cause, an appeal in favor of appellee, signed December 17, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, M.L.G.

We further order this decision certified below for observance.